**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1395**

───────────────

MARS, INCORPORATED,

        Plaintiff - Appellant,

    v.

FACTORY MUTUAL INSURANCE COMPANY, d/b/a FM Global,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00626-PTG-JFA)

───────────────

Submitted:  May 21, 2024                                      Decided:  May 23, 2024

───────────────

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Bryan Killian, Paul A. Zevnik, Teri J. Diaz, Colin S. Harris, MORGAN, LEWIS & BOCKIUS LLP, Washington, D.C., for Appellant.  Harvey Kurzweil, Kelly A. Librera, Adam P. Moskowitz, WINSTON & STRAWN LLP, New York, New York, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mars, Incorporated ("Mars") appeals the district court's orders (1) granting Factory Mutual Insurance Company's ("Factory Mutual") Fed. R. Civ. P. 12(b)(6) motion to dismiss Mars' claims based on Factory Mutual's denial of insurance benefits Mars asserts Factory Mutual owed it to cover losses Mars sustained during the COVID-19 pandemic; and (2) denying Mars' motion under Fed. R. Civ. P. 59(e) and to certify a question of Virginia law to the Supreme Court of Virginia.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *See Mars, Inc. v. Factory Mut. Ins. Co.*, No. 1:22-cv-00626-PTG-JFA (E.D. Va. Oct. 6, 2022 & Mar. 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*